No. 73–918. PELL ET AL. *v.* PROCUNIER, CORRECTIONS DIRECTOR, ET AL. Appeal from D. C. N. D. Cal. Probable jurisdiction noted. Case consolidated with No.

73–754 [*Procunier, Corrections Director, et al.* v. *Hillery et al.,* probable jurisdiction noted, *ante,* p. 1127] and a total of one hour allotted for oral argument.